UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
         - v. -                  :      ORDER
                                 :
JONATHAN RODRIGUEZ,              :
     a/k/a "Bebo,"               :      S2 15 Cr. 445 (PAE)
MARQUIS WRIGHT,                  :
     a/k/a "Mark,"               :
WALI BURGOS,                     :
     a/k/a "Guy Fisher,"         :
JASON BENJAMIN,                  :
     a/k/a "JC,"                 :
JORDAN RIVERA,                   :
WILLIAM AMARIZAN,                :
     a/k/a "Will Dollars,"       :
     a/k/a "Spanish Will,"       :
RAHEEM AMARIZAN,                 :
     a/k/a "Rah Rah,"            :
TJON MACOLL,                     :
     a/k/a "TJ,"                 :
COREY HEYWARD,                   :
JONATHAN HARRIS,                 :
     a/k/a "Eggy,"               :
WILLIAM KNOX,                    :
     a/k/a "Mills Gunna,"        :
COREY COOKS,                     :
DAQUAN McBETH,                   :
     a/k/a "Day Day,"            :
JAHNOMI BENJAMIN,                :
     a/k/a "Jamroc,"             :
KEITH RUIZ,                      :
     a/k/a "Keefy,"              :
RYAN VALENTIN,                   :
MIGUEL ROMERO,                   :
     a/k/a "Mikey,"              :
KAYE ROSADO,                     :
     a/k/a "Trippa,"             :
ANDREW ECHEVARRIA,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 09 2015

```
        a/k/a "Drew,"              :
NAQUANN SIMMONS,
        a/k/a "Young Money,"       :

DIQUINN LACEND,                    :
        a/k/a "Naughty,"
                                   :
WILFREDO RIVERA,
        a/k/a "Cito,"              :

KENNETH JENKINS,
VINCENT FIELDER,                   :
        a/k/a "DJ,"
MIA DENTICO, and                   :
PAMELA BROWN,
                                   :
                Defendants.
                                   :

- - - - - - - - - - - - - - - - - :
```

Upon the application of the United States of America by Dina McLeod, Assistant United States Attorney, it is hereby ORDERED that the Indictment in this matter, S2 15 Cr. 445 (PAE), be unsealed.

Dated: December 9, 2015
       New York, New York

*[signature: Ronald Ellis]*

HONORABLE RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :
                                   :
            - v. -                 :    APPLICATION
                                   :
JONATHAN RODRIGUEZ,                :
     a/k/a "Bebo,"                 :    S2 15 Cr. 445 (PAE)
MARQUIS WRIGHT,
     a/k/a "Mark,"                 :
WALI BURGOS,
     a/k/a "Guy Fisher,"           :
JASON BENJAMIN,
     a/k/a "JC,"                   :
JORDAN RIVERA,
WILLIAM AMARIZAN,                  :
     a/k/a "Will Dollars,"
     a/k/a "Spanish Will,"         :
RAHEEM AMARIZAN,
     a/k/a "Rah Rah,"              :
TJON MACOLL,
     a/k/a "TJ,"                   :
COREY HEYWARD,
JONATHAN HARRIS,                   :
     a/k/a "Eggy,"
WILLIAM KNOX,                      :
     a/k/a "Mills Gunna,"
COREY COOKS,                       :
DAQUAN McBETH,
     a/k/a "Day Day,"              :
JAHNOMI BENJAMIN,
     a/k/a "Jamroc,"               :
KEITH RUIZ,
     a/k/a "Keefy,                 :
RYAN VALENTIN,
MIGUEL ROMERO,                     :
     a/k/a "Mikey,"                :
KAYE ROSADO,
     a/k/a "Trippa,"               :
ANDREW ECHEVARRIA,
```

```
         a/k/a "Drew,"             :
NAQUANN SIMMONS,
         a/k/a "Young Money,"      :

DIQUINN LACEND,                    :
         a/k/a "Naughty,"
WILFREDO RIVERA,                   :
         a/k/a "Cito,"
KENNETH JENKINS,                   :
VINCENT FIELDER,
         a/k/a "DJ,"               :
MIA DENTICO, and
PAMELA BROWN,                      :

              Defendants.          :

- - - - - - - - - - - - - - - - - :
```

DINA MCLEOD hereby affirms:

1. I am an Assistant United States Attorney in the Office of Preet Bharara, United States Attorney for the Southern District of New York.

2. On December 7, 2015, the above-captioned Indictment was issued under seal by a Grand Jury sitting in the Southern District of New York, and arrest warrants were issued for each defendant named in the Indictment.

3. A number of the defendants named in the Indictment were arrested today, December 9, 2015. Accordingly, the Government requests that the above-captioned Indictment be unsealed so that the arrested defendants may be presented and arraigned on the Indictment as soon as possible.

2

3

The foregoing is affirmed under penalty of perjury, pursuant to 28 U.S.C. § 1746.

Dated:  December 9, 2015
        New York, New York

                                                      /s/
                                         Dina McLeod
                                         Assistant United States Attorney