```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-                                              15-CR-445 (PAE)

ANDREW ECHEVARRIA ET AL,                         SCHEDULING ORDER

Defendant.

------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

The Court has scheduled a next conference in this matter for **March 2, 2016** at **9:30 a.m.** in courtroom 318 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. For the reasons stated on the record of the December 11, 2015 conference, time is excluded until March 2, 2016 as to all defendants, including to permit counsel to exchange and review the voluminous discovery in this case. See 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: December 14, 2015
       New York, New York

                                            *Paul A. Engelmayer*
                                            _____
                                            PAUL A. ENGELMAYER
                                            United States District Judge