USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                    :

UNITED STATES OF AMERICA,                  :

           -v-                          :                 15-CR-445 (PAE)

                                      :

ANDREW ECHEVARRIA ET AL,         :                   ORDER

                                      :

               Defendants.        :

                                      :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

        This order confirms the appointment of Emma Greenwood as Coordinating Discovery

Attorney in the above-captioned case.


        SO ORDERED.


Dated: January 13, 2016
       New York, New York                          Paul A. Engelmayer
                                         Paul A. Engelmayer
                                         United States District Judge