```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-                                            15-CR-445 (PAE)

WALI BURGOS,                                   SCHEDULING ORDER
JASON BENJAMIN,
JONATHON HARRIS,
COREY COOKS,
JAHNOMI BENJAMIN,
DIQUINN LACEND,
KENNETH JENKINS,

                    Defendants.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

It is hereby ORDERED that a conference in this matter for the above-named defendants only is scheduled for **Wednesday, January 27, 2016, at 10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. Because these defendants were not in custody at the time of the initial conference in this case, this conference is intended to serve as an initial conference for them.

SO ORDERED.

Dated: January 22, 2016
       New York, New York

                                               _____
                                               PAUL A. ENGELMAYER
                                               United States District Judge