USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

ANDREW ECHEVARRIA, ET AL,

    Defendants.

------------------------------------------------------------------X

15 Cr. 445(PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    A pretrial conference is scheduled for this case for Wednesday, March 2, 2016, at 9:30 a.m., in Courtroom 318. To facilitate orderly discussion at the conference, the Court directs the Government to submit a status letter to the Court and counsel by noon on Monday, February 29, 2016. The letter should address the following: (1) the status of the Government's provision of Rule 16 discovery to date to defense counsel and the defendants, including any problems that have arisen in connection with the provision of such discovery, and the extent, if any, to which discovery remains to be provided; (2) the timetable on which the Government proposes to seek any superseding indictment in the case; and (3) the schedule, going forward, that the Government proposes for this matter, including whether it is advisable to defer setting any schedule until a further pretrial conference, and if so, why. The Court encourages the Government to preview in the letter any other matters it intends to raise at the March 2 conference. The Court requests any defense counsel who has a matter that he or she intends to raise at the conference to identify it, by letter to the Court and counsel, due at noon on Tuesday, March 1, 2016. Counsel are reminded that matters particular to an individual defendant are to be raised not at all-defendant conferences such as the March 2 conference, but at a conference particular to that defendant.

SO ORDERED.

Dated: February 24, 2016
      New York, New York

                                               PAUL A. ENGELMAYER
                                               United States District Judge