

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 29, 2016

**BY ECF AND HAND DELIVERY**

The Honorable Paul A. Engelmayer
United States District Court
40 Foley Square
New York, NY 10007

Re:   *United States* v. *Jonathan Rodriguez et al.*, S2 15 Cr. 445 (PAE)

Dear Judge Engelmayer:

The Government writes in response to the Court's Order of February 25, 2016, and in advance of the status conference scheduled for March 2, 2016. As requested in Your Honor's February 25 Order, this letter provides a summary of the Government's provision of Rule 16 discovery to date and a proposed timetable for the case going forward, including a timetable on which the Government proposes to seek any superseding indictment. In preparing this letter, the Government has conferred with the Discovery Coordinator appointed by this Court, Adam Johnson, Esq., legal counsel for the Metropolitan Correctional Center ("MCC"), and with Jesse Siegel, Esq., who represents defendant WILFREDO RIVERA, a/k/a "Cito," in this case and who has in turn conferred with the other defense counsel of record. In addition, the Government has had numerous communications with individual defense counsel regarding, among other things, the production of Rule 16 discovery, and in particular to highlight for defense counsel the portions of the discovery most pertinent to each defendant.

By way of background, twenty-five of the twenty-six defendants charged in Indictment S2 15 Cr. 445 (PAE) (the "Second Superseding Indictment") have been arrested. One defendant (RYAN VALENTIN) remains a fugitive. Twenty-four of the defendants have been presented and arraigned in this District, and have had counsel appointed. Of those twenty four, only one— COREY HEYWARD—has not yet appeared before Your Honor; HEYWARD was arrested on February 25, 2016, and was presented, arraigned, and had counsel appointed (Ezra Spilke, Esq.), in Magistrates Court that same day. In addition, JONATHAN RODRIGUEZ, a/k/a "Bebo," has been arrested and arraigned on charges filed in the United States District Court for the Northern District of New York, and is expected to arrive in this District on March 1, 2016 for presentment, arraignment, and appointment of counsel in this case. The Government expects HEYWARD, RODRIGUEZ, and their respective counsels to appear at the March 2, 2016 status conference before Your Honor.

### I.      Rule 16 Discovery

Pursuant to the proposed discovery plan offered by the Government during the initial status conference held before Your Honor on December 11, 2015, the Government has produced its first two phases of Rule 16 discovery common to all defendants.[1]  A summary of those discovery productions is below.

#### A.  First Phase of Common Rule 16 Discovery

On January 11, 2016, the Government made the first phase of rolling discovery available to all defense counsel of record for inspection at the Office of the United States Attorney for the Southern District of New York.  The Government also offered (by email dated January 11, 2016 and letter dated January 12, 2016) to produce the first phase of discovery materials common to all defendants to the Discovery Coordinator appointed by this Court, so that the Discovery Coordinator could provide the discovery to the defense counsel and defendants who agreed to be bound by the terms set forth in a proposed protective order.[2]

On January 13, 2016, the Court issued an order appointing the Discovery Coordinator in this case.  After the Discovery Coordinator provided a 500 gigabyte hard drive to the Government for purposes of receiving the first phase of common discovery materials, the Government loaded those materials onto the drive and made it available to the Discovery Coordinator on January 27, 2016.  From conferring with the Discovery Coordinator and Mr. Siegel, the Government understands that the Discovery Coordinator has provided this first phase of common discovery to each defense counsel of record, with the exception of Mr. Spilke, who only recently entered the case, on February 25, 2016.

In addition, after the Discovery Coordinator provided two additional 500 gigabyte hard drives to the Government, on January 29, 2016, the Government provided two hard drives containing identical sets of the first phase of common discovery materials to Mr. Johnson at the MCC, so that the defendants could have direct access to the discovery in the MCC library.  The Government also relayed to defense counsel the Discovery Coordinator's offer, upon request from defense counsel, to provide each defendant with his own copy of the common discovery, so that that defendant may view the discovery on computers in his own unit within the MCC, rather than exclusively in the MCC library.  From conferring with the Discovery Coordinator, Mr. Siegel, and Mr. Johnson, the Government understands that the defendants have been able to access this discovery at the MCC library.  The Government further understands from these discussions that, for those defendants whose counsel so requested, the Discovery Coordinator has provided them individual copies of the phase one discovery, which these defendants have been able to review on computers in their respective units within the MCC.

---

[1] The Government also has provided individual discovery, including the defendant's criminal history, arrest reports, and any post-arrest statements.  The Government has provided this individual discovery by email directly to the counsel of record for each defendant.

[2] The Government has reached an agreement with all defense counsel regarding the proposed protective order.

As set forth in the Government's discovery letter to all counsel of record of January 12, 2016, the discovery contained in the Government's first phase of rolling production is as follows:

1. The Indictment in this case. (Bates Numbers **1 – 25**.)

2. Warrants, applications, affidavits, orders, and audio recordings of judicially authorized interceptions of telephone calls from approximately August 20, 2015 through December 4, 2015, over the various and changing cellular telephones utilized by MARQUIS WRIGHT, a/k/a "Mark." (Bates Numbers **26 – 616**; audio recordings are provided in electronic format and not separately Bates numbered.) For ease of reference, on the hard drives loaded by the Government, the Government has separated these materials into separate subfolders labeled by date and type of information contained therein.

3. Footage from a pole camera located in the vicinity of 1114 White Plains Road, Bronx, New York. (Provided in electronic format and not separately Bates numbered.)

4. Social media search warrant, application, affidavit, and return. (Warrant, application, and affidavit: Bates Numbers **617 – 668**; returns: Bates Numbers **669 –143,279**.) For ease of reference, on the hard drives loaded by the Government, the Government has separated these materials into separate subfolders labeled by the defendant whose social media account is at issue.

5. Cellular telephone search warrants, application, affidavit, and returns for phones used by WALI BURGOS, a/k/a "Guy Fisher," JORDAN RIVERA, and JASON BENJAMIN, a/k/a "JC." (Bates Numbers **143,280 – 143,315**; the returns are provided in electronic format not separately Bates numbered.) For ease of reference, on the hard drives loaded by the Government, the Government has separated these materials into separate subfolders labeled by cellphone, defendant, and type of material contained in each subfolder.

### B. Second Phase of Common Rule 16 Discovery

On February 10, 2016, the Government made the second phase of rolling discovery available to all defense counsel of record for inspection at the Office of the United States Attorney for the Southern District of New York. The Government also offered (by email and letter dated February 10, 2016) to produce the second phase of discovery materials common to all defendants to the Discovery Coordinator appointed by this Court for provision to defense counsel and defendants who agreed to be bound by a proposed draft transcript stipulation.[3]

After the Discovery Coordinator provided three 500 gigabyte hard drives to the Government for purposes of receiving the second phase of common discovery materials, the Government loaded those materials onto the drives and made available one drive to the Discovery Coordinator on February 16, 2016. From conferring with the Discovery Coordinator and Mr. Siegel, the Government understands that the Discovery Coordinator has provided this

---

[3] To date, all but four defense counsel have agreed to a draft transcript stipulation.

second phase of common discovery to each defense counsel of record who has agreed to be bound by the proposed draft transcript stipulation, with the exception of Mr. Spilke, as to whom the Discovery Coordinator is working to produce discovery.

In addition, on February 23, 2016, the Government provided two hard drives containing identical sets of the second phase of common discovery materials to Mr. Johnson at the MCC, so that the defendants could have direct access to that discovery in the MCC library. The Government also again relayed to defense counsel the Discovery Coordinator's offer that, upon request from defense counsel, she would provide each defendant with his own copy of the common discovery, so that that defendant may view the discovery on computers in his own unit within the MCC. From conferring with the Discovery Coordinator, Mr. Siegel, and Mr. Johnson, the Government understands that the defendants have been able to access this discovery at the MCC library, and that the Discovery Coordinator is working to provide individual sets of the second phase of common discovery materials to those defendants whose counsel has so requested.[4]

As set forth in the Government's discovery letter to all counsel of record of February 10, 2016, the discovery contained in the Government's second phase of rolling production is as follows:

6. Additional social media search warrant, application, affidavit, and return for second social media account of WALI BURGOS, a/k/a "Guy Fisher." (Bates Numbers **143,318 – 144,768**.)

7. Draft transcriptions of calls and text communications intercepted pursuant to judicial orders of interception from approximately August 20, 2015 through December 4, 2015, issued by the United States District Court for the Southern District of New York, over the various and changing cellular telephones utilized by MARQUIS WRIGHT, a/k/a "Mark," as well as related surveillance. (Bates Numbers **146,287 – 153,518**.) For ease of reference, on the hard drives loaded by the Government, the Government has separated these materials into separate subfolders labeled by date and type of information contained therein.

---

[4] One issue Mr. Siegel raised with the Government involved the limited times during which the defendants were permitted access to the MCC library to view the discovery. In the Government's experience in past cases, this concern has been resolved by providing each defendant with his own copy of the discovery which he can view in his MCC unit (rather than the MCC library), which the Discovery Coordinator has done with respect to the first phase of common discovery, and is endeavoring to do with respect to the second. To the extent that does not resolve the concerns of Mr. Siegel and other defense counsel in this case, the Government will work with defense counsel, Mr. Johnson, other members of the MCC staff—and, if necessary, the Court— to ensure the defendants have adequate access to the discovery. In addition, Mr. Siegel has raised the issue that the defendants are having difficulty viewing some of the videos that have been produced on MCC computers. The Government is currently working with Mr. Siegel and other defense counsel, and Mr. Johnson, to identify the problematic videos and to ensure the defendants have access to those videos in a format compatible with the MCC computers.

8. Warrants, applications, affidavits, orders, audio recordings and draft transcriptions of judicially authorized interceptions of telephone calls from approximately April 1, 2015 to June 20, 2015, issued by the United States District Court for the Northern District of New York, on cellular telephones used by JONATHAN RODRIGUEZ, a/k/a "Bebo," and Tina Fumano. (Bates Numbers **144,769 – 146,286**.) For ease of reference, on the hard drives loaded by the Government, the Government has separated these materials into separate subfolders labeled by date and type of information contained therein.

9. Warrants, applications, affidavits, orders and returns in connection with premises search warrants executed on or about December 9, 2015. (Bates Numbers **153,890 – 154,089**.)

10. Paperwork relating to controlled purchases of narcotics by undercover officers and (where available) audio and/or video recordings. (Bates Numbers **153,519 – 153,889**.) Audio and/or video recordings are not separately Bates numbered. For ease of reference, on the hard drives loaded by the Government, the Government has separated these materials into separate subfolders labeled by date and type of information contained therein.[5]

11. Paperwork and other relevant material pertaining to criminal incidents relevant to this case. (Bates Numbers **154,090 – 156,079**.) Videos are not separately Bates numbered. For ease of reference, on the hard drives loaded by the Government, the Government has separated these materials into separate subfolders labeled by date and type of information contained therein.

In addition, in the Government's discovery letter of February 10, 2016, the Government provided defense counsel with the following charts, summarizing the undercover narcotics purchases and criminal incidents in this case.

---

[5] By email dated February 28, 2016, the Government provided defense counsel with forty-one pages of additional laboratory reports (Bates Numbers **156,080 – 156,120**) in connection with the controlled purchases of narcotics identified in this letter. Those additional laboratory reports are included in the chart of undercover buys included herein.

## **Charts of Controlled Buys and Criminal Incidents**

*Chart of Controlled Buys*

| # | Individuals Involved | JD Name | Date | Location | Complaint/ Buy Report | Property Voucher | Lab Report | Drug | Bates Nos. | Voucher # | Recording |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Marquis Wright | Mark | 10/8/14 | 331 E 146th Street | Y | Y | Y | crack | 153,519 – 153,526 | 2000367486 | N |
| 2 | Marquis Wright | Mark | 10/13/14 | 308 E. 145th Street | Y | Y | Y | crack | 153,527 – 153,530 | 2000369216 | N |
| 3 | Marquis Wright | Mark | 10/21/14 | 331 E 146th Street | Y | Y | N | crack | 153,531 – 153,535 | 2000372145 | N |
| 4 | Marquis Wright | Mark | 10/29/14 | 337 E. 146th Street | Y | Y | N | crack | 153,536 – 153,540 | 2000374651 | N |
| 5 | Jordan Rivera | Jordan | 12/18/14 | 011 E. 146th Street | Y | Y | Y | crack | 153,541 – 153,545 | 2000388542 | Y |
| 6 | Tjon Macoll | TJ | 12/18/14 | 331 E. 146th Street | Y | Y | Y | weed | 153,546 – 153,552 | 2000388551 | N |
| 6 | Jordan Rivera | Jordan | 12/18/14 | 331 E. 146th Street | Y | Y | N | weed | 153,546 – 153,552 | 2000388551 | N |
| 7 | Jordan Rivera | Jordan | 1/5/15 | 342 E. 146th Street | Y | Y | Y | crack | 153,553 – 153,557 | 2000391231 | Y |
| 8 | Jordan Rivera | Jordan | 1/13/15 | 337 E.146th Street | Y | Y | Y | crack | 153,558 – 153,563 | 2000393399 | Y |
| 8 | Wilfredo Rivera | Ponytail | 1/13/15 | 337 E.146th Street | Y | Y | Y | crack | 153,558 – 153,563 | 2000393399 | Y |
| 9 | Unidentified | Tan | 1/13/15 | 308 E. 145th Street | Y | Y | Y | weed | 153,564 – 153,570 | 2000393411 | Y |
| 9 | Les Vargas | Boogie | 1/13/15 | 308 E. 145th Street | Y | Y | Y | weed | 153,564 – 153,570 | 2000393411 | Y |
| 10 | Jonathan Harris | Paulie | 1/19/15 | 331 E. 146th Street | Y | Y | N | weed | 153,571 – 153,577 | 2000395268 | N |
| 10 | Tjon Macoll | TJ | 1/19/15 | 331 E. 146th Street | Y | Y | N | weed | 153,571 – 153,577 | 2000395268 | N |
| 11 | Jason Benjamin | JC | 1/20/15 | 308 E. 145th Street | Y | Y | Y | crack | 153,591 – 153,593 | 2000395613 | Y |
| 11 | Jordan Rivera | Jordan | 1/20/15 | 308 E. 145th Street | Y | Y | Y | crack | 153,591 – 153,593 | 2000395613 | Y |
| 11 | Unidentified | Braids | 1/20/15 | 308 E. 145th Street | Y | Y | Y | crack | 153,591 – 153,593 | 2000395613 | Y |
| 12 | Les Vargas | Boogie | 1/20/15 | 308 E. 145th Street | Y | Y | N | weed | 153,578 – 153,590 | 2000395620 | Y |
| 13 | Les Vargas | Boogie | 1/23/15 | 308 E. 145th Street | Y | Y | Y | weed | 153,594 – 153,607 | 2000396705 | Y |
| 14 | Jason Benjamin | JC | 2/3/15 | 328 E. 145th Street | Y | Y | Y | crack | 153,608 – 153,629 | 2000399337 | N |
| 15 | Vincent Fielder | DJ | 2/5/15 | 328 E. 145th Street | Y | Y | Y | crack | 153,630 – 153,647 | 2000400044 | Y |
| 16 | Jonathan Harris | Paulie | 2/10/2015 | 331 E. 146th Street | Y | Y | N | weed | 153,648 – 153,665 | 2000401383 | Y |
| 17 | Vincent Fielder | DJ | 2/17/2015 | 301 E. 143rd Street | Y | Y | Y | crack | 153,666 – 153,676 | 2000403305 | Y |
| 18 | Jonathan Harris | Paulie | 2/17/2015 | 331 E. 146th Street | Y | Y | Y | weed | 153,677 – 153,686 | 2000403315 | Y |
| 18 | James House | Gap | 2/17/2015 | 331 E. 146th Street | Y | Y | Y | weed | 153,677 – 153,686 | 2000403315 | Y |
| 19 | Jonathan Harris | Paulie | 2/19/2015 | 331 E. 146th Street | Y | Y | Y | weed | 153,687 – 153,703 | 2000404012 | Y |
| 20 | Jordan Rivera | Jordan | 3/9/2015 | 328 E. 145th Street | Y | Y | Y | crack | 153,704 – 153,707 | 2000409324 | Y |
| 21 | Jordan Rivera | Jordan | 3/10/2015 | 328 E. 145th Street | Y | Y | N | crack | 153,713 –153, 716 | 2000409595 | Y |
| 22 | Unidentified | Girl | 3/10/2015 | 308 E. 145th Street | Y | Y | Y | crack | 153,708 – 153,713 | 2000409610 | Y |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | Unidentified | Ike | 3/11/2015 | E. 149th St & 3rd Ave | Y | Y | N | heroin | 153,717 – 153,726 | 2000409980 | Y |
| 24 | Pamela Brown | Wrap | 3/11/2015 | 308 E. 145th Street | Y | Y | Y | crack | 153,727 – 153,732 | 2000409993 | Y |
| 25 | Jordan Rivera | Jordan | 3/18/2015 | 328 E. 145th Street | Y | Y | Y | crack | 153,746 – 153,749 | 2000412152 | Y |
| 26 | Unidentified | Braids | 3/18/2015 | E.148th St & College Ave | Y | Y | Y | weed | 153,733 – 153,745 | 2000412160 | N |
| 26 | Unidentified | Grey | 3/18/2015 | E.148th St & College Ave | Y | Y | Y | weed | 153,733 – 153,745 | 2000412160 | N |
| 27 | Jordan Rivera | Jordan | 3/24/2015 | 328 E. 145th Street | Y | Y | Y | crack | 153,750 – 153,755 | 2000413952 | Y |
| 28 | Jordan Rivera | Jordan | 4/1/2015 | 328 E. 145th Street | Y | Y | Y | crack | 153,761 – 153,766 | 2000416306 | Y |
| 29 | Vincent Fielder | DJ | 4/1/2015 | 2706 3rd Avenue | Y | Y | Y | crack | 153,756 – 153,760 | 2000416299 | Y |
| 30 | William Amarizan | Gray | 4/1/2015 | 331 E. 146th Street | Y | Y | Y | weed | 153,767 – 153,771 | 2000416311 | Y |
| 30 | Jonathan Harris | Paulie | 4/1/2015 | 331 E. 146th Street | Y | Y | Y | weed | 153,767 – 153,771 | 2000416311 | Y |
| 31 | Vincent Fielder | DJ | 4/2/2015 | 370 Morris Avenue | Y | Y | Y | crack | 153,772 – 153,782 | 2000416641 | Y |
| 31 | Jonathan Harris | Paulie | 4/2/2015 | 370 Morris Avenue | Y | Y | Y | crack | 153,772 – 153,782 | 2000416641 | Y |
| 32 | Jonathan Harris | Paulie | 4/7/2015 | 331 E. 146th Street | Y | Y | Y | weed | 153,783 – 153,786 | 2000417883 | Y |
| 33 | Jordan Rivera | Jordan | 4/8/2015 | 328 E. 145th Street | Y | Y | Y | crack | 153,787 – 153,790 | 2000418273 | Y |
| 34 | Jonathan Harris | Paulie | 4/8/2015 | 331 E. 146th Street | Y | Y | Y | weed | 153,791 – 153,796 | 2000418271 | Y |
| 35 | Unidentified | Mel | 4/8/2015 | 337 E. 146th Street | Y | Y | N | weed | 153,797 – 153,801 | 2000418267 | Y |
| 36 | Jordan Rivera | Jordan | 4/9/2015 | 328 E. 145th Street | Y | Y | Y | crack | 153,802 – 153,806 | 2000418607 | Y |
| 37 | Unidentified | Mel | 4/9/2015 | 337 E. 146th Street | Y | Y | N | weed | 153,807 – 153,809 | 2000418608 | Y |
| 38 | Jonathan Harris | Paulie | 4/13/2015 | 331 E. 146th Street | Y | Y | Y | weed | 153,810 – 153,812 | 2000419697 | Y |
| 38 | Corey Cooks | Scar | 4/13/2015 | 331 E. 146th Street | Y | Y | Y | weed | 153,810 – 153,812 | 2000419697 | Y |
| 39 | Corey Cooks | Scar | 4/15/2015 | 331 E. 146th Street | Y | Y | Y | weed | 153,813 – 153,816 | 2000420273 | Y |
| 40 | Jonathan Harris | Paulie | 4/21/2015 | 331 E. 146th Street | Y | Y | Y | weed | 153,817 – 153,821 | 2000421988 | N |
| 40 | William Amarizan | Gray | 4/21/2015 | 331 E. 146th Street | Y | Y | Y | weed | 153,817 – 153,821 | 2000421988 | N |
| 41 | Jonathan Harris | Paulie | 4/23/2015 | 331 E. 146th Street | Y | Y | Y | weed | 153,827 – 153,834 | 2000422753 | Y |
| 41 | Corey Cooks | Scar | 4/23/2015 | 331 E. 146th Street | Y | Y | Y | weed | 153,827 – 153,834 | 2000422753 | Y |
| 42 | Unidentified | Mel | 4/23/2015 | 337 E. 146th Street | Y | Y | N | weed | 153,822 – 153,826 | 2000422754 | N |
| 43 | Unidentified | Mel | 4/28/2015 | 337 E. 146th Street | Y | Y | N | weed | 153,841 – 153,850 | 2000424214 | N |
| 44 | Unidentified | M Dot | 4/28/2015 | E. 141 Street & 3 Ave | Y | Y | Y | crack | 153,835 – 153,840 | 2000424215 | N |
| 45 | Jordan Rivera | Jordan | 5/4/2015 | 328 E. 145th Street | Y | Y | Y | crack | 153,851 – 153,854 | 2000425876 | Y |
| 45 | Christian Figueroa | Wavy | 5/4/2015 | 328 E. 145th Street | Y | Y | Y | crack | 153,851 – 153,854 | 2000425876 | Y |
| 46 | Jordan Rivera | Jordan | 5/12/2015 | 328 E. 145th Street | Y | Y | Y | crack | 153,855 – 153,859 | 2000428107 | Y |
| 46 | Daquan McBeth | Daquan | 5/12/2015 | 328 E. 145th Street | Y | Y | Y | crack | 153,855 – 153,859 | 2000428107 | Y |
| 46 | Raheem Amarizan | Raheem | 5/12/2015 | 328 E. 145th Street | Y | Y | Y | crack | 153,855 – 153,859 | 2000428107 | Y |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | Jordan Rivera | Jordan | 5/21/2015 | 331 E. 146th Street | Y | Y | Y | crack | 153,860 – 153,863 | 2000430945 | N |
| 47 | Tjon Macoll | TJ | 5/21/2015 | 331 E. 146th Street | Y | Y | Y | crack | 153,860 – 153,863 | 2000430945 | N |
| 48 | Jonathan Harris | Paulie | 5/28/2015 | 337 E. 146th Street | Y | Y | Y | weed | 153,864 – 153,865 | 2000432989 | Y |
| 48 | Tjon Macoll | TJ | 5/28/2015 | 337 E. 146th Street | Y | Y | Y | weed | 153,864 – 153,865 | 2000432989 | Y |
| 49 | Tjon Macoll | TJ | 6/4/2015 | 331 E. 146th Street | Y | Y | N | weed | 153,866 – 153,869 | 2000435189 | Y |
| 49 | Raheem Amarizan | Raheem | 6/4/2015 | 331 E. 146th Street | Y | Y | N | weed | 153,866 – 153,869 | 2000435189 | Y |
| 49 | Jordan Rivera | Jordan | 6/4/2015 | 331 E. 146th Street | Y | Y | N | weed | 153,866 – 153,869 | 2000435189 | Y |
| 49 | James House | Gap | 6/4/2015 | 331 E. 146th Street | Y | Y | N | weed | 153,866 – 153,869 | 2000435189 | Y |
| 50 | Tjon Macoll | TJ | 6/9/2015 | 331 E. 146th Street | Y | Y | N | weed | 153,870 – 153,873 | 2000436782 | Y |
| 51 | Tjon Macoll | TJ | 6/16/2015 | 331 E. 146th Street | Y | Y | N | weed | 153,874 – 153,878 | 2000439080 | Y |
| 52 | Jordan Rivera | Jordan | 7/7/2015 | 328 E. 146th Street | Y | Y | N | crack | 153,879 – 153,883 | 2000445579 | Y |
| 53 | Jordan Rivera | Jordan | 7/13/2015 | 342 E. 145th Street | Y | Y | N | weed | 153,884 – 153,889 | 2000447675 | Y |
| 53 | Christian Figueroa | Wavy | 7/13/2015 | 342 E. 145th Street | Y | Y | N | weed | 153,884 – 153,889 | 2000447675 | Y |
| 53 | Unidentified | Tan | 7/13/2015 | 342 E. 145th Street | Y | Y | N | weed | 153,884 – 153,889 | 2000447675 | Y |
| 53 | Unidentified | Mel | 7/13/2015 | 342 E. 145th Street | Y | Y | N | weed | 153,884 – 153,889 | 2000447675 | Y |

*Chart of Criminal Incidents*

| Date | Complaint # | Defendants Involved | Type of Incident | Location | Bates Number |
|---|---|---|---|---|---|
| 3/5/2006 | 2006-040-02839 | Daquan McBeth | Shooting | Third Ave. & East 139th St. | 154,090 – 154,093 |
| 9/26/2009 | 2009-040-11073 | Jason Benjamin | Shooting | College Ave. & East 146th St. | 154,094 – 154,164 |
| 8/31/2010 | 2010-040-09765 | Raheem Amarizan | Shooting | 301 East 143rd St. | 154,165 – 154,170 |
| 5/29/2011 | 2011-040-05316 | Keith Ruiz | Murder | 2625 Third Ave. | 154,171 – 155,500 |
| 5/30/2011 | 2011-040-05326 | Daquan McBeth (victim) | Shooting | 308 East 145th St. | 155,501 – 155,505 |
| 7/8/2011 | 2011-040-06906 | Raheem Amarizan (victim) | Shooting | 308 East 145th St. | 155,506 – 155,513 |
| 9/16/2011 | 2011-040-09416 | William Knox | Shooting | 448 College Ave. | 155,514 – 155,517 |
| 12/5/2011 | 2011-040-12704 | William Amarizan<br>Tjon Macoll | Shooting | 315 East 145th Street | 155,518 – 155,531 |
| 12/28/2011 | 2011-040-13529 | William Amarizan (victim) | Shooting | 308 East 145th St. | 155,532 – 155,537 |
| 3/30/2012 | 2012-040-03655 | Wilfredo Rivera (victim) | Shooting | 338 East 145th St. | 155,538 – 155,542 |
| 7/20/2012 | 2012-040-08252 | Unnamed co-conspirator (victim) | Stabbing | 2774 Third Ave. | 155,543 – 155,546 |
| 8/28/2012 | 2012-040-09865 | William Knox | Shooting | 424 Morris Ave. | 155,547 – 155,550 |
| 9/15/2012 | 2012-040-10565 | Corey Heyward | Shooting | 308 East 145th St. | 155,551 – 155,563 |
| 3/30/2013 | 2013-040-03374 | Miguel Romero | Shooting | 281 East 143rd St. | 155,564 – 155,597 |
| 7/27/2013 | 2013-040-08080 | Kaye Rosado (victim) | Shooting | 338 East 145th St. | 155,598 – 155,600 |
| 9/24/2013 | 2013-040-10432 | Tjon Macoll | Shooting | 208 East 145th St. | 155,601 – 155,619 |
| 12/11/2013 | 2013-040-13505 | Diquinn Lacend | Gun Possession | 281 East. 143rd St. | 155,620 – 155,625 |
| 12/12/2013 | 2013-040-13536 | Jonathan Rodriguez<br>Marquis Wright<br>Jason Benjamin<br>William Amarizan<br>Raheem Amarizan<br>Cory Heyward<br>Daquan McBeth<br>Andrew Echevarria<br>Kaye Rosado<br>Kenneth Jenkins<br>Mia Dentico | Search Warrant | 485 Courtlandt Ave. | 155,626 – 155,695 |
| 5/7/2014 | 2014-040-4698 | William Knox | Gun Possession | 308 East 145th St. | 155,696 – 155,873 |
| 7/19/2014 | 2014-040-07672 | Jordan Rivera | Gun Possession | 428 East 146th St. | 155,874 – 155,884 |
| 8/21/2014 | 2014-040-09105 | Ryan Valentin<br>Jordan Rivera | Shooting | 300 East 143rd St. | 155,885 – 155,900 |
| 10/2/2014 | 2014-040-10875 | Wali Burgos<br>Corey Cooks<br>Jordan Rivera | Shooting | 328 East 145th St. | 155,901 – 155,914 |
| 3/12/2015 | 2015-040-02503 | Marquis Wright | Drug Distribution | College Ave. & East 146th St. | 155,915 – 155,923 |
| 4/15/2015 | 2015-040-03786 | Wilfredo Rivera | Stabbing | 2690 Third Avenue | 155,924 – 155,927 |
| 5/18/2015 | 2015SZ007312401 | Pamela Brown | Drug Distribution | State Route 56 Norfolk, NY | 155,928 – 155,933 |
| 6/4/2015 | 2015-040-05893 | Kaye Rosado | Drug Distribution | 2615 Third Ave. | 155,934 – 155,987 |

| 6/11/2015 | 2015-040-06177 | Andrew Echevarria | Gun & Drug Arrest | 360 East 137th Street | 155,988 – 156,028 |
| --- | --- | --- | --- | --- | --- |
| 7/18/2015 | 2015-048-5266 | Wilfredo Rivera | Gun Possession | Bathgate Ave. & East 180th St. | 156,029 – 156,031 |
| 7/29/2015 | 2015-040-08334 | Tjon Macoll | Shooting | College Ave. & East 148th St. | 156,032 – 156,042 |
| 10/22/2015 | 2015-048-08349 | Wilfredo Rivera | Drug Distribution | Park Ave. & 180th St. | 156,043 – 156,054 |
| 10/27/2015 | 2016SZ0000709302 | William Amarizan | Drug Distribution | Canton, NY | 156,055 – 156,058 |
| 12/9/2015 | | Jonathan Rodriguez | Search Warrant | 290 Regan Road Norwood, NY | 156,059 – 156,079 |
| 12/9/2015 | | Unnamed co-conspirator | Search Warrant | 331 East 146th Street | 153,926 – 153,928 |
| 12/9/2015 | | Marquis Wright | Search Warrant | 1114 White Plains Rd. | 153,931 – 153,931 |

### C. Additional Rule 16 Discovery Productions

The Government recognizes that its discovery obligations are ongoing. The Government expects that, as it continues to investigate the incidents identified above, and the charged racketeering conspiracy more generally, it will obtain possession, custody, or control of other material that may be discoverable under rule 16. For example, in connection with the defendants' arrests, the Government seized numerous cellphones for which it later obtained search warrants. Many of these cellphones are password protected, and the Government has not yet been able to retrieve data from them and to process the data retrieved pursuant to the search warrants. The Government is continuing to work to obtain and/or process that data, and when it does, it will produce that material as soon thereafter as practicable. To the extent the Government comes into possession, custody, or control of other material that is discoverable under Rule 16, it will produce it as soon as practicable as well.

### II. The Government's Proposed Schedule for the Case

In the Court's February 25 Order, the Court also requested that the Government provide its view regarding (1) the timetable on which the Government intends to seek any superseding indictment in this case, and (2) the schedule in this case going forward.

The Government does expect to seek a superseding indictment in this case. In particular, the Government expects to seek a superseding indictment, among other things, (a) to add charges against one or more named defendants arising out of a murder that is not charged in the Second Superseding Indictment; (b) to add one or more named defendants to charges already contained in the Second Superseding Indictment; and (c) to add charges pertaining to incidents that are identified in the Second Superseding Indictment as "overt acts" in furtherance of the racketeering conspiracy charged in Count One of that indictment. The Government expects to seek the superseding indictment in the coming months.

As for the schedule of this case going forward, the Government is prepared to proceed on any schedule set by the Court. After conferring with Mr. Siegel, the Government understands that, at the March 2 status conference, defense counsel expect to request a period of time to

review the discovery that has been provided before a motions calendar and trial date would be set. To the extent that the period of time requested by defense counsel is reasonable, the Government has no objection.

        Very truly yours,

        PREET BHARARA
        United States Attorney

By:      /s/
        Samson Enzer
        James McDonald
        Dina McLeod
        Assistant United States Attorney
        (212) 637-2342 / -2405 / -1040

CC: All defense counsel of record (by e-mail and ECF)