```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-                                              15-CR-445 (PAE)

ANDREW ECHEVARRIA ET AL,                         SCHEDULING ORDER

Defendant.

-----------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

The Court has scheduled a next conference in this matter for **May 5, 2016** at **10:00 a.m.** in courtroom 318 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. For the reasons stated on the record at yesterday's conference, time is excluded until May 5, 2016 as to all defendants, including to permit counsel to continue to exchange and review the voluminous discovery in this case. See 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: March 3, 2016
       New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge