```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10-14-16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -v-

RAHEEM AMARIZAN, COREY HEYWARD, and
MIGUEL ROMERO,

                      Defendants.

------------------------------------------------------------------X

S6 15 Cr. 445 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      On October 14, 2016, the Court held a final pretrial conference in this case. At the conference, the Court resolved the parties' motions *in limine*, in the manner and for the reasons stated on the record. The Clerk of Court is directed to terminate the motions pending at Dkts. 326 and 361.

      SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  Paul A. Engelmayer
                                                  United States District Judge

Dated: October 14, 2016
       New York, New York