UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JONATHAN HARRIS,

                         Defendant.

15 Cr. 445-11 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received defendant Jonathan Harris' motion for compassionate release from the Gilmer Federal Correctional Institution. Dkt. 1127. The Court re-appoints Joshua Dratel, Esq., as CJA counsel, for the purpose of writing a supplemental motion in support of Mr. Harris' motion for compassionate release.

The Court sets the following briefing schedule:

- Defendants' memorandum in support of the motion is due August 21, 2020; and
- The Government's reply is due August 28, 2020.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: August 12, 2020
       New York, New York