UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JONATHAN HARRIS,

                Defendant.

15 Cr. 445-11 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

     The Court has received defendant Jonathan Harris' motion for compassionate release from the Gilmer Federal Correctional Institution. Dkt. 1127. The Court re-appoints Joshua Dratel, Esq., as CJA counsel, for the purpose of writing a supplemental motion in support of Mr. Harris' motion for compassionate release.

     The Court sets the following briefing schedule:

- Defendants' memorandum in support of the motion is due August 21, 2020; and
- The Government's reply is due August 28, 2020.

     SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 12, 2020
       New York, New York

Mr. Dratel has declined to represent Mr. Harris due to Mr. Harris' prior motion to vacate his sentence, which included allegations of ineffective assistance of counsel. *See* 18-cv-5248, Dkt. 1.  The Court appoints Benajmin Silverman as CJA counsel for the purpose of writing a supplemental motion in support of Mr. Harris' motion for compassionate release.

The Court further extends the briefing deadlines to the following:

- Defendants' memorandum in support of the motion is due September 11, 2020; and
- The Government's reply is due September 18, 2020.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

August 14, 2020