

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2021

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Echevarria et al., 15 Cr. 445 (PAE)

Dear Judge Engelmayer:

I write to respectfully request that the Court remove me as counsel of record in this case because I am leaving the United States Attorney's Office for other employment.

Thank you very much for the Court's consideration.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: _____
Samson Enzer
Assistant United States Attorney
Tel. (212) 637-2342

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 1221.

9/16/2021
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge