UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JONATHAN HARRIS,<br><br>Defendant. | 15-CR-445-11 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On May 14, 2024, a pro se motion for compassionate release was filed by defendant Jonathan Harris. Dkt. 1333. The Court, not having yet received a response from the Government, directs the Government to respond by Wednesday, **July 3, 2024**.

SO ORDERED.

<i>Paul A. Engelmayer</i><br>
PAUL A. ENGELMAYER<br>
United States District Judge

Dated: June 25, 2024
       New York, New York